**Form CGFI14** (12/1/09)

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**

**Adversary Number:** 10−03606−RAM

**Case Number:** 10−26989−RAM

In re:

**Name of Debtor(s):** Harvey Hernandez

−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−− /

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS

**Vanessa Hernandez−Dolan**

Plaintiff(s)

**VS.**

**Harvey Hernandez**

Defendant(s)
−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−/

# SUMMONS AND NOTICE OF PRETRIAL/TRIAL IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 30 days, pursuant to BR 7012, after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**US Bankruptcy Court**
**51 SW 1st Ave, Room 1517**
**Miami, FL 33130**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Robert A. Schatzman Esq.
1221 Brickell Ave #1600
Miami, FL 33131

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012. Pursuant to BR 7007.1, and Local Rule 7003−1(B)(2) corporate defendants must file a corporate ownership statement.

## PRETRIAL CONFERENCE INFORMATION:

Date: **December 2, 2010**

Time: **10:30 AM**

Location: **Claude Pepper Federal Bldg, 51 SW First Ave Room 1406, Miami, FL 33130**

## TRIAL INFORMATION:

## THE TRIAL WILL BE SCHEDULED AT THE PRETRIAL CONFERENCE

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

**Clerk of Court**

By: Olga Rodriguez
Deputy Clerk

**Dated:** September 24, 2010

# CERTIFICATE OF SERVICE

I, ____________________________________________ (name), certify that service of this summons and a copy of the complaint was made __________________ (date) by:

- ☐ Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

- ☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of ________________________, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __________________________ Signature: ________________________________________

| | | |
|---|---|---|
| Print Name: | | |
| Address: | | |
| City: | State: | Zip: |

# CERTIFICATE OF NOTICE

District/off: 113C-1 User: rodriguez Page 1 of 1 Date Rcvd: Sep 24, 2010
Case: 10-03606 Form ID: CGFI14 Total Noticed: 2

The following entities were noticed by first class mail on Sep 26, 2010.
dft +Harvey Hernandez, 5140 Riviera Drive, Coral Gables, FL 33146-2739
pla +Vanessa Hernandez-Dolan, c/o Robert A. Schatzman, Esq., Gray Robinson, P.A., 1221 Brickell Avenue - #1600, Miami, FL 33131-3247

The following entities were noticed by electronic transmission.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 26, 2010** **Signature:** Joseph Speetjens