# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | |
|---|---|
| In re: | Case No. 10-26989-RAM |
| **HARVEY HERNANDEZ,** | |
| Debtor. | Chapter 7 |
| **VANESSA HERNANDEZ-DOLAN,** | |
| Plaintiff, | Adversary Proceeding |
| vs. | No.: 10-03606-RAM |
| **HARVEY HERNANDEZ,** | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Court's Notice of Hearing [D.E. #19] on *Landmark Bank, N.A.'s Motion to Convert Chapter 13 Case to Chapter 11 or in the Alternative, Objection to Confirmation of Chapter 13* [D.E. #19], was served via electronic mail upon all parties identified on the CM/ECF service list maintained by the Court on March 11, 2011.

Date: March 11, 2011

Respectfully submitted,
GRAYROBINSON, PA
1221 BRICKELL AVENUE, SUITE 1600
Miami, Florida 33131
Tel: 305-416-6880
Fax: 305-416-6887
Ileana.christianson@gray-robinson.com

By:   /s/ Robert Schatzman
          Robert Schatzman
          Fla. Bar. No.: 0139008

\303464\1 - # 411736 v1