

**ORDERED in the Southern District of Florida on May 05, 2011.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re | CASE NO. 10-26989-BKC-RAM |
| | CHAPTER 7 |
| HARVEY HERNANDEZ, | |
| Debtor. | |
| VANESSA HERNANDEZ-DOLAN, | |
| Plaintiff, | |
| vs. | ADV. NO. 10-3606-BKC-RAM-A |
| HARVEY HERNANDEZ, | |
| Defendant. | |

**ORDER REQUIRING PLAINTIFF TO FILE
MOTION FOR DEFAULT FINAL JUDGMENT**

The Court conducted a pretrial conference on May 5, 2011. The Court file reflects that the Defendant was served with the

Complaint and the Defendant failed to file a timely answer or responsive pleading  Therefore, it is -

**ORDERED** as follows:

1.  The Plaintiff shall within ten (10) days from the date of this Order file a Motion for Clerk's Default (if not previously entered), move for the entry of a default final judgment and submit with the Motion, a Default Final Judgment.

2.  Failure by the Plaintiff to seek such a judgment shall result in dismissal of this adversary proceeding for failure to prosecute.

###

COPIES TO:

Robert A. Schatzman, Esq.

Harvey Hernandez
5140 Riviera Drive
Coral Gables, FL 33146