```
                        United States Bankruptcy Court
                         Southern District of Florida
Hernandez-Dolan,
        Plaintiff                                        Adv. Proc. No. 10-03606-RAM

Hernandez,
        Defendant
                           CERTIFICATE OF NOTICE
District/off: 113C-1           User: antillonj           Page 1 of 1           Date Rcvd: May 06, 2011
                               Form ID: pdf004           Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2011.
dft          +Harvey Hernandez,   5140 Riviera Drive,   Coral Gables, FL 33146-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov May 07 2011 00:19:14     Office of the US Trustee,
               51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2011**                    **Signature:** _Joseph Speetjens_



**ORDERED in the Southern District of Florida on May 05, 2011.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF FLORIDA


_____ )
                               )
In re                          )    CASE NO.  10-26989-BKC-RAM
                               )    CHAPTER   7
HARVEY HERNANDEZ,              )
                               )
        Debtor.                )
_____ )
                               )
VANESSA HERNANDEZ-DOLAN,       )
                               )
        Plaintiff,             )
                               )
vs.                            )    ADV. NO. 10-3606-BKC-RAM-A
                               )
HARVEY HERNANDEZ,              )
                               )
        Defendant.             )
_____ )
```

**ORDER REQUIRING PLAINTIFF TO FILE**
**<u>MOTION FOR DEFAULT FINAL JUDGMENT</u>**

The Court conducted a pretrial conference on May 5, 2011. The Court file reflects that the Defendant was served with the

Complaint and the Defendant failed to file a timely answer or responsive pleading  Therefore, it is -

    **ORDERED** as follows:

    1.  The Plaintiff shall within ten (10) days from the date of this Order file a Motion for Clerk's Default (if not previously entered), move for the entry of a default final judgment and submit with the Motion, a Default Final Judgment.

    2.   Failure by the Plaintiff to seek such a judgment shall result in dismissal of this adversary proceeding for failure to prosecute.

                                     ###

COPIES TO:

Robert A. Schatzman, Esq.

Harvey Hernandez
5140 Riviera Drive
Coral Gables, FL 33146