Form CGFD61  (9/19/08)

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**

**Case Number:** 10–26989–RAM                    **Adversary Number:** 10–03606–RAM

In re:

**Name of Debtor(s):**  Harvey Hernandez

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬/

**Vanessa Hernandez–Dolan**

Plaintiff(s)

**VS.**

**Harvey Hernandez**

Defendant(s)

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬/


## ENTRY OF DEFAULT


A motion for entry of default has been filed pursuant to Local Rule 7055–1. It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

| |
|---|
| Name:  **Harvey Hernandez** |


Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.


**Dated: 5/13/11**                              **CLERK OF COURT**
                                                By: Diana Cohen
                                                Deputy Clerk (305) 714–1800


The clerk shall serve a copy of the Entry of Default on all parties to the adversary proceeding