

**ORDERED in the Southern District of Florida on May 16, 2011.**

_____
                **Robert A. Mark, Judge**
            **United States Bankruptcy Court**

_____

```
                UNITED STATES BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF FLORIDA
                        MIAMI DIVISION
```

|  |  |
|---|---|
| In re | CASE NO. 10-26989-BKC-RAM |
|  | CHAPTER 7 |
| HARVEY HERNANDEZ, |  |
|         Debtor. |  |
|  |  |
| VANESSA HERNANDEZ-DOLAN, |  |
|         Plaintiff, |  |
| vs. | ADV. NO. 10-3606-RAM-A |
| HARVEY HERNANDEZ, |  |
|         Defendant. |  |

## **DEFAULT FINAL JUDGMENT**

Upon review of the Plaintiff's Motion for Default and Final

Judgment Against Defendant, Harvey Hernandez, ("Motion for Default Judgment") [DE# 29], upon review of the Complaint [DE# 1] and noting that the Clerk has entered a Clerk's Default for failure of the Defendant to respond to the Complaint [DE# 31], it is -

**ORDERED AND ADJUDGED** as follows:

1. The Motion for Default Judgment is granted.

2. Final Default Judgment is entered in favor of the Plaintiff, Vanessa Hernandez-Dolan and against the Defendant, Harvey Hernandez.

3. All debts owed by the Defendant to the Plaintiff pursuant to the Final Judgment, Agreement, and any subsequent modifications or amendments approved or ordered by the state court judge in the dissolution action of the parties, Case No. 04-23562-FC-12 (the "State Court Case") are excepted from discharge in the Defendant's bankruptcy case pursuant to 11 U.S.C. §523(a)(5).

4. This Court defers to the State Court to determine the total amount owed by the Defendant to Plaintiff and to enforce the Defendant's obligations to Plaintiff. This Default Final Judgment simply determines that all of the obligations arising out of the State Court Case are excepted from discharge and therefore fully enforceable, notwithstanding the filing of Defendant's Chapter 7 case, and the general discharge which may be issued in the Chapter 7 case.

###

COPIES TO:

Robert A. Schatzman, Esq.

Harvey Hernandez
5140 Riviera Drive
Coral Gables, FL 33146