United States Bankruptcy Court
Southern District of Florida

Hernandez-Dolan,
    Plaintiff

Adv. Proc. No. 10-03606-RAM

Hernandez,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 113C-1        User: rodriguez        Page 1 of 1        Date Rcvd: May 17, 2011
                      Form ID: pdf004      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2011.
dft       +Harvey Hernandez,   5140 Riviera Drive,   Coral Gables, FL 33146-2739
pla       +Vanessa Hernandez-Dolan,   c/o Robert A. Schatzman, Esq.,   Gray Robinson, P.A.,
        1221 Brickell Avenue - #1600,   Miami, FL 33131-3247

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust       +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov May 18 2011 00:51:43    Office of the US Trustee,
        51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
                                                                                                                                                                                                                               TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2011**                                    **Signature:**      *Joseph Speetjens*



**ORDERED in the Southern District of Florida on May 16, 2011.**

                                             **Robert A. Mark, Judge**
                                             **United States Bankruptcy Court**
_____

```
                  UNITED STATES BANKRUPTCY COURT
                   SOUTHERN DISTRICT OF FLORIDA
                         MIAMI DIVISION


                                    )
                                    )
In re                               )    CASE NO. 10-26989-BKC-RAM
                                    )    CHAPTER 7
HARVEY HERNANDEZ,                   )
                                    )
                                    )
                                    )
          Debtor.                   )
                                    )
                                    )
VANESSA HERNANDEZ-DOLAN,            )
                                    )
                                    )
          Plaintiff,                )
                                    )
vs.                                 )    ADV. NO. 10-3606-RAM-A
                                    )
HARVEY HERNANDEZ,                   )
                                    )
          Defendant.                )
                                    )
```

**DEFAULT FINAL JUDGMENT**

    Upon review of the Plaintiff's Motion for Default and Final

Judgment Against Defendant, Harvey Hernandez, ("Motion for Default Judgment") [DE# 29], upon review of the Complaint [DE# 1] and noting that the Clerk has entered a Clerk's Default for failure of the Defendant to respond to the Complaint [DE# 31], it is -

**ORDERED AND ADJUDGED** as follows:

1. The Motion for Default Judgment is granted.

2. Final Default Judgment is entered in favor of the Plaintiff, Vanessa Hernandez-Dolan and against the Defendant, Harvey Hernandez.

3. All debts owed by the Defendant to the Plaintiff pursuant to the Final Judgment, Agreement, and any subsequent modifications or amendments approved or ordered by the state court judge in the dissolution action of the parties, Case No. 04-23562-FC-12 (the "State Court Case") are excepted from discharge in the Defendant's bankruptcy case pursuant to 11 U.S.C. §523(a)(5).

4. This Court defers to the State Court to determine the total amount owed by the Defendant to Plaintiff and to enforce the Defendant's obligations to Plaintiff.  This Default Final Judgment simply determines that all of the obligations arising out of the State Court Case are excepted from discharge and therefore fully enforceable, notwithstanding the filing of Defendant's Chapter 7 case, and the general discharge which may be issued in the Chapter 7 case.

###

COPIES TO:

Robert A. Schatzman, Esq.

Harvey Hernandez
5140 Riviera Drive
Coral Gables, FL 33146