UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re:<br><br>HARVEY HERNANDEZ,<br><br>                 Debtor. | Case No. 10-26989-RAM<br><br>Chapter 7 |
| VANESSA HERNANDEZ-DOLAN,<br><br>                 Plaintiff,<br>vs.<br>HARVEY HERNANDEZ,<br>                 Defendant. | Adversary Proceeding<br>No.: 10-03606-RAM |

**NOTICE OF CHARGING LIEN
TO ALL PARTIES IN INTEREST**

GrayRobinson, PA, and Robert A. Schatzman, Esquire, former counsel for plaintiff/creditor, Vanessa Hernandez-Dolan ("Client"), hereby notifies that Client residing at 690 Solano Prado Coral Gables, Florida 33156 retained the undersigned as attorneys to represent her interests and claims against the Debtor, Harvey Hernandez ("Debtor") and in the Debtor's estate in the above-referenced bankruptcy case, including without limitation objecting to the dischargeability of certain debt, preparing and filing a proof of claim, and researching regarding the Debtor's assets and potential fraudulent or preferential transfers. This notice further notifies that the Client has agreed to pay for the undersigned services which amounts to $22,619.00 as of the date of this notice, and that the undersigned attorneys claim an attorney's lien on the above claim for attorneys' fees and costs incurred in this case on Client's behalf.

Dated: May 23, 2011

                                            Respectfully Submitted,
                                            GRAYROBINSON, P.A.
                                            1221 Brickell Avenue, Suite 1600
                                            Miami, FL 33131
                                            Telephone:   (305) 416-6880
                                            Facsimile:    (305) 416-6887

                                            By:   /s/ Robert A. Schatzman
                                                     Robert A. Schatzman
                                                     Fla. Bar. No.: 0139008

## VERIFICATION OF ROBERT A. SCHATZMAN, ESQUIRE

I am the attorney at law named above and am a partner at GrayRobinson, PA. I have read the above notice, and am familiar with its contents. At all times relevant to this instrument, I was and have been licensed to practice law in the State of Florida.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Robert Schatzman, Esquire
Fla. Bar. No.: 0139008

Subscribed and sworn to before me on the 23 day of May, 2011.